

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2025

No. 04-25-00048-CR

**EX PARTE** Daniel Ali **HUERTA**

Original Proceeding[1]

### ORDER

On January 22, 2025, Relator filed a petition for writ of habeas corpus. The court has considered the petition and is of the opinion Relator is not entitled to the relief sought. Accordingly, the petition for writ of habeas corpus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 19, 2025.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2025.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2024CR5758, styled *State of Texas v. Daniel Ali Huerta*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Michael E. Mery presiding.